# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

### Western DIVISION

Melody Campbell

v.

Dr. Laura Jean Hartlesley
Nurse practitioner Charmia Nicole Marter

NO. 5:23-cv-00188-m

COMPLAINT

Plaintiff resides at:

See Attached

Defendant(s)' name(s) and address(es), if known:

1

The acts complained of in this suit concern:

On _07/16/20_____ Melody Campbell attended Duke Women's Cancer Center located on _4/01 Macon Pond Rd_ Raleigh, North Carolina. Mrs. Campbell and her husband attended Duke Women's Cancer Center and was examined and diagnosed by Dr. Laura Jean Harilesky and Nurse Practitioner Chamia Nicole Maker. During the visit Mrs. Campbell had medial problems that Dr. Laura Jean Harilesky was cognizant of, but did not tell Mrs. Campbell, a professional duty is owed to the patient. A breach of such duty, injury caused by the breach resulting damage take into account such as pain and suffering. There are certain tests that medical professionals use to diagnose diseases such as cancer a competent doctor will perform all of the tests necessary to make sure their patient is okay. When a patient presents with certain symptoms, their doctor should have an idea or clue that something is wrong now, Dr. Harilesky and Nurse Practitioner Chamia Nicole Maker had the opportunity to personally examine my body for lump. The opportunity include touching the area where pain persist. They had opportunity to order lab test. They had the opportunity to test my urine and blood to detect abnormalities. There are imaging tests such as MRI, CT scan and ultrasound in order to get pictures of my body the MRI, CT scan and Ultrasound are used to determine if I have cancer. Now if tumors, lumps and or a mass were found on my body. The biopsy will confirm if a mass is cancerous, now Dr. Harilesky and Nurse Practitioner Chamia Nicole Maker did perform such test, however they did not personally inform me that I had cancer. They did not inform me that I had cancer. They did not inform me of the stages I was in. I was not informed that I had stage four cancer. In closing, I was informed by a doctor at the Cancer Center in Atlanta that I had fluid on my lungs thus if I had not found the fluid on my lungs, I would have succumbed.

Jurisdiction in this court is based on:

The acts complained of in this suit concern:

2

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

I seek Relief for the damages Dr. LAURA JEAN Hazilesky caused And Nurse Practitioner Chamia Nicole Maker. There medical damage Led to Medical problems that caused Fluild on my Lungs. I was at stage 4 in Cancer. I was not adessed what stage it was at. It caused problem in my Family. It led to hasting psychological problems that continue to haunt me today. I seek 60 Million in damages.

04/10/2023

DATE

Melody Campbell

SIGNATURE OF PLAINTIFF

145 Sawmill Drive
Four Oaks NC 27524

910-870-8436

ADDRESS AND PHONE NUMBER OF PLAINTIFF

3