UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MELODY CAMPBELL,<br>      Plaintiff,<br><br>vs.<br><br>DR. LAURA JEAN HARILESKY and<br>CHARMIA NICOLE MARKER,<br>      Defendants. | **JUDGMENT**<br>**CASE NO. 5:23-CV-188-M-RN** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's Order entered on July 14, 2023 [DE 9], the court DISMISSES this action WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

This Judgment filed and entered on July 14, 2023, and copies to:
Counsel of record for the parties (via CM/ECF Electronic Notification)

| | |
|---|---|
| July 14, 2023 | Peter A. Moore, Jr.<br>Clerk of Court<br><br>By: /s/ Kimberly R. McNally<br>     Deputy Clerk |